IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDY M. MULHOLLAND** and | : | |
| **CHRISTINE KURTZ,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **THE GOVERNMENT OF THE** | : | |
| **COUNTY OF BERKS,** | : | No. 10-5616 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **28th** day of **March, 2012**, following presentation of Plaintiffs' case-in-chief at a trial beginning on February 13, 2012, upon consideration of Defendant's Motion for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50(a) and oral argument held on February 15, 2012, and for the reasons stated in the Court's Memorandum dated March 28, 2012, it is hereby **ORDERED** that:

1. The oral motion is **GRANTED**.

2. Judgment is entered on all counts in favor of Defendant and against Plaintiffs.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**